**MANNING v. MARSHALL.**

Court of Appeals of Kentucky.

March 22, 1949.

A. E. Funk, Attorney General, Hall Williams, Assistant Attorney General, and Russell Jones for appellant.

Blakely Helm and Lee S. Jones for appellee.

PER CURIAM.

Judgment for $90.32.

Appeal granted by circuit court.

Appeal dismissed for want of jurisdiction. See KRS 21.080; Stewart v. City of Corbin, 294 Ky. 284, 171 S. W. 2d 445; Charos v. Jent, 293 Ky. 50, 168 S. W. 2d 334; Hillman Land & Iron Co. v. Commonwealth, 173 Ky. 76, 190 S. W. 467; Childers v. Ratliff, 164 Ky. 123, 175 S. W. 25.